## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSHUA M. MUNROE and <br> TIFFANY MUNROE, <br><br> Plaintiffs, <br><br> vs. <br><br> WAYNE WILKENS, <br> d/b/a WAYNE WILKENS TRUCKING, <br> MONTY G. MURPHY, <br> GERALD I. STURGEON, and <br> ROGER SNYDER, <br><br> Defendants. | Case No. 07-cv-176-PMF |

# JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action was decided by Magistrate Judge Philip M. Frazier on a Motion for Summary Judgment. The Court has ordered that summary judgment be entered in favor of defendants and against plaintiffs.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that judgment is hereby entered in favor of defendant Wayne Wilkens d/b/a Wayne Wilkens Trucking and against plaintiff Joshua M. Munroe on Count 1 of the Complaint;

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is hereby entered in favor of defendant Wayne Wilkens d/b/a Wayne Wilkens Trucking and against plaintiff Tiffany Munroe on Count 2 of the Complaint;

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is hereby entered in favor of defendant Monty G. Murphy and against plaintiff Joshua M. Munroe on Count 3 of the Complaint;

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is hereby entered in favor of defendant Monty G. Murphy and against plaintiff Tiffany Munroe on Count 4 of the Complaint;

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is hereby entered in favor

of defendant Gerald I. Sturgeon and against plaintiff Joshua M. Munroe on Count 5 of the Complaint;

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is hereby entered in favor of defendant Gerald I. Sturgeon and against plaintiff Tiffany Munroe on Count 6 of the Complaint;

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is hereby entered in favor of defendant Roger Snyder and against plaintiff Joshua M. Munroe on Count 7 of the Complaint;

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment is hereby entered in favor of defendant Roger Snyder and against plaintiff Tiffany Munroe on Count 8 of the Complaint;.

**DATED:   March 25, 2011.**  **NANCY J. ROSENSTENGEL, CLERK**

**By: s/Karen R. Metheney**
**Deputy Clerk**

**APPROVED:**


**s/ Philip M. Frazier**
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**